UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHIGAN HEALTH AND
WELLNESS CENTER, LLC

    Plaintiff,

v.

Case No. 24-cv-10749
Hon. Matthew F. Leitman

TOWNSHIP OF ROYAL OAK,

    Defendant.
_____/

## ORDER (1) STAYING ACTION AND (2) ADMINISTRATIVELY TERMINATING PENDING MOTIONS WITHOUT PREJUDICE (ECF Nos. 8, 9)

On November 7, 2025, the Court held a status conference. For the reasons stated on the record, **IT IS HEREBY ORDERED** as follows:

(1) The action is **STAYED** pending further order from the Court.

(2) The pending motions (Defendant's Motion for Summary Judgment, ECF No. 8; Plaintiff's Motion for Leave to File Supplemental Complaint and Stay the Case, ECF No. 9) are **ADMINISTRATIVELY TERMINATED WITHOUT PREJUDICE** and may be reinstated as appropriate when the stay is lifted.

(3) The parties shall inform the Court when Plaintiff's special use permit application process is complete. At that point, the Court will convene another status conference to discuss next steps.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: November 10, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 10, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126